UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-355-MSS-JSS
  26 U.S.C. § 5861(d)

IAN CHRISTOPHER BAUNACH

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Possession of an unregistered firearm)

On or about September 30, 2022, in the Middle District of Florida, the defendant,

IAN CHRISTOPHER BAUNACH,

did knowingly possess firearms, to wit: 12 silencers, which firearms were not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5841.

In violation of 26 U.S.C. §§ 5861(d) and 5871.

### FORFEITURES

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of a violation alleged in Count One of the Indictment, the defendant,

IAN CHRISTOPHER BAUNACH

shall forfeit to the United States of America, pursuant to Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c), any firearm involved in the violations alleged, including, but not limited to, the following: thirteen silencers.

    3.    If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to, or deposited with a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States intends to forfeit any other property belonging to the defendant up to the value of the above forfeitable property, under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
David W.A. Chee
Assistant United States Attorney

By: _____
FOR: Michael C. Sinacore
Assistant United States Attorney
Deputy Chief, Violent Crimes and Narcotics Section

3

FORM OBD-34
October 22

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## IAN CHRISTOPHER BAUNACH

## INDICTMENT

Violations: 26 U.S.C. §§ 5861(d) and 5871

A true bill,

_____
Foreperson

Filed in open court this 19th day

of October 2022.

_____
Clerk

Bail $_____

GPO 863 525